UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOUSCADY V.,[1]

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.

Respondents.

No. 1:26-cv-06134-TLN-CSK

(A# 075-432-617)

**ORDER**

Before the Court is Petitioner Mouscady V.'s ("Petitioner") motion to proceed in forma pauperis (ECF No. 3) and motion for appointment of counsel (ECF No. 4).

The Court finds Petitioner has made the requisite showing under 28 U.S.C. § 1915 to proceed in forma pauperis. Thus, Petitioner's motion (ECF No. 3) is hereby GRANTED.

Additionally, in light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Therefore, Petitioner's motion for appointment of counsel (ECF No. 4) is GRANTED.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

**Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

**Within seven (7) court days of the Court's Order identifying appointed counsel,** counsel shall file a reply brief to Respondents' opposition to the Petition (ECF No. 8).

The Clerk of the Court shall serve on the Federal Defender, Attention: Habeas Appointment, a copy of: (1) this Order, (2) the § 2241 Petition (ECF No. 1), and (3) Respondents' opposition (ECF No. 8).

IT IS SO ORDERED.

DATED: August 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE